UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DOUG SMITH, derivatively and on behalf of FIRST NBC BANK HOLDING COMPANY,**<br><br>       **Plaintiffs,**<br><br>**v.**<br><br>**ASHTON J. RYAN, JR., SHIVAN GOVINDAN, JOSEPH F. TOOMY, WILLIAM DAVID AARON JR., WILLIAM M. CARROUCHE, LEANDER J. FOLEY III, JOHN FENNER FRENCH, LEON L. GIORGIO JR., LAWRENCE BLAKE JONES, LOUIS V. LAURICELLA, MARK G. MERLO, CHARLES C. TEAMER SR., and MARY BETH VERDIGETS,**<br><br>       **Defendants** | **CIVIL ACTION**<br><br>**NO:  2:16-cv-17001**<br><br>**SECTION "N" (1)** |

## ORDER

Considering the foregoing Motion to Enroll as Counsel of Record (Rec. Doc. 23):

**IT IS ORDERED** that Aaron B. Greenbaum, Salvador J. Pusateri, and Elizabeth B. McIntosh of Pusateri, Barrios, Guillot & Greenbaum, LLC, be and hereby are enrolled as counsel of record for defendant, Mary Beth Verdigets, in this matter.

New Orleans, Louisiana this 14th day of _____February_____, 2017

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

1