UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| DOUG SMITH, Individually and on Behalf of FIRST NBC BANK HOLDING COMPANY, | : | |
| | : | NO. 2:16-CV-17001-KDE-JVM |
| Plaintiff, | : | JUDGE KURT D. ENGELHARDT |
| - against - | : | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| ASHTON J. RYAN, *et al.*, | : | |
| | | SECTION "N" |
| Defendants | : | |
| - and - | : | |
| FIRST NBC BANK HOLDING COMPANY, | | |
| Nominal Defendant. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**NOTICE OF AUTOMATIC STAY AND SUGGESTION OF BANKRUPTCY
FOR DEFENDANT FIRST NBC BANK HOLDING COMPANY**

PLEASE BE ADVISED that on May 11, 2017, Nominal Defendant First NBC Bank Holding Company (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Louisiana (the "Bankruptcy Court"), Bankruptcy Petition No. 17-11213.

PLEASE BE FURTHER ADVISED that all proceedings in this action had previously been stayed by Order of the Court dated February 14, 2017, pending the resolution of the motions to dismiss of Defendants First NBC Bank Holding Company, Ashton J. Ryan, Jr., Mary Beth Verdigets, and Ernst & Young LLP in the action titled *Kinzler v. First NBC Bank Holding*

*Company, et al.*, Civil Action No. 2:16-cv-04243-KDE-JVM, which motions were resolved by judgment in favor of Defendants First NBC Bank Holding Company, Ashton J. Ryan, Jr., Mary Beth Verdigets, and Ernst & Young LLP, entered on May 11, 2017.

PLEASE BE FURTHER ADVISED that as a result of the bankruptcy filing, any further action against the Debtor is stayed under Bankruptcy Code section 362(a).

PLEASE BE FURTHER ADVISED that any action taken against the Debtor or its property without first obtaining relief from the automatic stay from the Bankruptcy Court may be subject to findings of contempt and the assessment by the Bankruptcy Court of penalties, fines, and/or sanctions, as may be appropriate.

Dated: May 17, 2017

                                              Respectfully Submitted,

                                              /s/ Kyle Schonekas
                                              Kyle Schonekas, 11817
                                              Patrick S. McGoey, 24549
                                              Ellie T. Schilling, 33358
                                              SCHONEKAS, EVANS,
                                                 MCGOEY & MCEACHIN, LLC
                                              909 Poydras Street, Suite 1600
                                              New Orleans, LA 70112
                                              (504) 680-6050/telephone
                                              (504) 680-6051/facsimile
                                              kyle@semmlaw.com

                                              *Counsel for Nominal Defendant First NBC Bank Holding Company*